**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Jeffrey Robert Wiemann,             Civil No. 07-154 (RHK/AJB)

    Plaintiff,
                                    **ORDER**

v.

United States of America,

    Defendant.

_____

Pursuant to the Stipulation to Dismiss with Prejudice (Doc. No. 75), which Stipulation is incorporated herein by reference,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 29, 2008

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge